# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0310
Lower Tribunal No. 2021-DR-000434

_____

YURIZAN C. RODRIGUEZ,

Appellant,

v.

KATIUSKA MENESES and DEPARTMENT OF REVENUE,

Appellees.

_____

Appeal from the Circuit Court for Highlands County.
Angela J. Cowden, Judge.

February 3, 2026

PER CURIAM.

AFFIRMED.

MIZE, BROWNLEE and PRATT, JJ., concur.

Yurizan C. Rodriguez, Lorida, pro se.

James Uthmeier, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, of Child Support Enforcement, Tallahassee, for Appellee, Department of Revenue.

No Appearance for Appellee, Katiuska Meneses.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED